

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00843-CV

Dana **BARBOUR** and all occupants,
Appellant

v.

**AMNL ASSET COMPANY 2, LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023-CV-04403
Honorable Cesar Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. Costs of the appeal are assessed against appellant.

SIGNED February 7, 2024.

_____
Lori I. Valenzuela, Justice